FILED

2020 JAN 30 PM 12: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America PLAINTIFF(S)

v.

Arsen Galstyan DEFENDANT(S).

CASE NUMBER

20 - CR-00314-MWF-5
2 0 MJ 0 0 4 1 0

**AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: Indictment
in the Southern District of California on 1/24/2020
at 430 ☐ a.m. / ☑ p.m. The offense was allegedly committed on or about 1/11/17
in violation of Title 18 U.S.C., Section(s) 1029, 982
to wit: Above Defendant is charged with ongoing access device fraud scheme and auto insurance fraud scheme.

A warrant for defendant's arrest was issued by: _____

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 1/30/2020 , by

Cindy [signature] , Deputy Clerk.

[signature]
Signature of Agent

Brandon Marshall-Tabb
Print Name of Agent

USSS
Agency

1/30/2020
Title

CR-52 (05/98)                    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT